62 F.3d 299
 95 Cal. Daily Op. Serv. 6005
 COMPASSION IN DYING, a Washington nonprofit corporation;
Jane Roe; John Doe; James Poe; Harold
Glucksberg, M.D., Plaintiffs-Appellees,
v.
STATE OF WASHINGTON; Christine Gregoire, Attorney General
of Washington, Defendants-Appellants.
 No. 94-35534.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 1, 1995.
 
 Prior report: 49 F.3d 586.
 WALLACE, Chief Judge.
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.